# UNITED STATES DISTRICT COURT
### for the
District of   Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   3:14-cr-00057-04-SLG |
| Clarence Anthony Hatton | ) | |
| | ) | USM No:   49781-048 |
| Date of Original Judgment:         3/25/2016 | ) | |
| Date of Previous Amended Judgment: | ) | Michael Marks |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.     ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____192_____ months **is reduced to** _____173 months_____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/25/2016   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   3-18-24

Judge's signature

Effective Date: _____
*(if different from order date)*

Sharon L. Gleason, District Judge
*Printed name and title*